UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| A & A HAULING CO., INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>EAST ST. LOUIS LABORERS LOCAL 100,<br><br>  Defendant. | Case No. 08-cv-576-JPG |

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal without prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**NORBERT JAWORSKI, Clerk**

**Dated:  August 20, 2008**                    By: s/Brenda K. Lowe, Deputy Clerk


**Approved:**   s/ J. Phil Gilbert
      **J. PHIL GILBERT**
      **DISTRICT JUDGE**