UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

A & A HAULING CO., INC.,

    Plaintiff,

    v.

EAST ST. LOUIS LABORERS LOCAL 100,

    Defendant.

Case No. 08-cv-576-JPG

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal without prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

                        **NORBERT JAWORSKI, Clerk**

**Dated: August 20, 2008**                      By: s/Brenda K. Lowe, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**